In The United States District Court
For The District of Colorado

Exibit-39
Page 1 of 2

Arthur Walker
v.
Eggar
Heisch
Neff

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
FEB 20 2020
JEFFREY P. COLWELL
CLERK

19-CV-01656-RBJ-meh

Declaration
of
Arthur Walker

Complaint on Judicial Misconduct By Federal Judge R. Brooke Jackson And Federal Judge Michael M. Hegarty.

Scope. Bias And Prejudice, Conspiracy, Discrimination With A Indifference To Violate Constitutional Rights, Equal Protection, Unlawful Practice.

This Declaration And Complaint of Arthur Walker Contains Facts Constituting Evidence of Judicial Misconduct Concerning Factual Allegations on Unlawful Practices According To 42 U.S.C.S. 2000e-5(b). 28 U.S.C.A 144 Bias And Prejudice of Federal Judges.

I, Arthur Walker hereby Declare:

The Defendants Deliberately Failed To respond With A Answer In The Allowable Time With A Answer To Plaintiff Complaint. The Plaintiff Filed A Motion For Default Judgement The Motion Was Denied Without Being Investigated. The Plaintiff Then Filed A Declaration In Support of his Default Judgement Motion This Declaration Was Not Investigated And Ignored By The Court. The Plaintiff Filed A Conflict of Interest Motion, Stating That The Defendants Cannot Prosecute And Defend One of The Defendants Because it was Not Only Civil But Criminal. And This Motion Was Also Denied.

Furthermore I was suppose to be depose on 2-3-2020 And the Defendants never Attended the Deposition, nor did they give me any notice that they were not Attending. This is a sanction under rule 31 Furthermore All my motion were Denied By the Court And All the Defendants motions were Granted. This conduct is Bias And Prejudice And these Judge's should Be remove from my case because Are unlawful Practice's And order a Federal Investigation into the unlawful Practices According to 42 U.S.C.A 2000E-5(b). 28 U.S.C.A 144 Bias And Prejudice of Federal Judges. The Plaintiff is Demanding monetary Damages's As A Sanction. The Court's must honor the Law.

I Declare under Penalty of Perjury That the Foregoing is True And Correct. Executed At Buena Vista Correctional Complex on 2-17-2020

Arthur Walker

[signature]



Colorado Department Of Corrections
Name: Arthur Walker
Register Number: 161612
Unit: Buena Vista Correctional Facility
Box Number: P.O. Box 2017
City, State, Zip: Buena Vista, CO 81211

LEGAL MAIL

Chief Judge Marcia S. Kriegen
office of the Clerk
901 19th St, Room A 105
Denver, Colorado 80294